# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1462
LT Case No. 16-2011-CF-011871-A

_____

LOUIS A. WINGARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Eric Chase Roberson, Judge.

Louis A. Wingard, Raiford, pro se.

James Uthmeier, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.


July 7, 2026

PER CURIAM.

AFFIRMED. *See Maye v. State*, No. SC2023-1184, 2026 WL 1346031, at *1 (Fla. May 14, 2026); *see also Wainwright v. State*, 411 So. 3d 392, 399 (Fla. 2025).


LAMBERT, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____